

## EDWARD V. SAPONE, L.L.C.

LAW FIRM
40 Fulton Street, 23rd Floor
New York, New York 10038

Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: edward@saponelaw.com

*BY FACSIMILE: (212) 805-6326*

April 26, 2012

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States of America v. Sandy Annabi*
             <u>*Ind. No.: 10-CR-007 (CM)*</u>

Dear Judge McMahon:

    I write to respectfully inform the Court that I have been retained by Defendant Sandy Annabi to represent her in the above-referenced case.

    Ms. Annabi has informed me that the Court has scheduled a conference to take place tomorrow at 10:30 a.m.; she has asked me to be present in the courtroom during the conference. I have spoken with Mr. O'Neill, and have informed him that I will be prepared to file a notice of appearance, and to address any questions the Court may have of me.

    Yesterday, I obtained and began to review a copy of the trial transcript. In addition, I have spoken with Mr. Aronwald concerning the case history.

    I can be reached this afternoon and tomorrow morning before the conference at edward@saponelaw.com, or by cellular telephone at (646) 300-2440.

                                             Respectfully submitted,

                                             Edward V. Sapone (ES-2553)

cc:    Ms. Sandy Annabi
        William Aronwald, Esq.