Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Docket No. 0208 7:10CR00007-1 (CM)

Sandy Annabi

On May 24, 2018, the above named was placed on Supervised Release for a period of 24 Months. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Sandy Annabi be discharged from Supervised Release.

Respectfully submitted,

by _____
Deanna M. Paige
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___18___ day of ___November___, 20_19_.

Honorable Colleen McMahon
Chief U.S. District Judge